**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PAUL B.,

        Plaintiff,

v.                                No. 2:25-cv-01170-KRS

FRANK BISIGNANO,
*Acting Commissioner of the Social Security Administration*,

        Defendant.

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

      **THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 1). Having reviewed the Motion, the Court **FINDS** that Plaintiff's request is well-taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis, (Doc. 1), is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

      **IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

      **IT IS SO ORDERED** this 24th day of November, 2025.

                                    _____
                                      KEVIN R. SWEAZEA
                                      UNITED STATES MAGISTRATE JUDGE