## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**PAUL B.,**

     **Plaintiff,**

     **vs.**                                                                 **CIV NO. 2:25-cv-01170-KRS**

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

     **Defendant.**

### ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time in which to File Its Motion to Reverse or Remand (the "Motion"), (Doc. 11), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

     **IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **March 23, 2026**.

     **IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **April 22, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

     **IT IS SO ORDERED** this 20th day of February, 2026.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE